UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 13-9151 DSF (JCx) | Date | 12/30/13 |
|---|---|---|---|
| Title | URS Corp., et al. v. Columbia Casualty Co. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| R. Neal for Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction

    Defendant removed this case on December 13, 2013 based on diversity jurisdiction. The notice of removal states that "[u]pon information and belief, all of Radian [International LLC]'s members are citizens of California." (Notice of Removal ¶ 6.) The Court is not told what basis Defendant has for making this allegation and, therefore, has little confidence in its accuracy. It is the removing party's burden to establish subject matter jurisdiction; a guess as to the citizenship of one of the parties does not suffice.

    Defendant is ordered to show cause, in writing, no later than January 10, 2014 why this case should not be dismissed for lack of subject matter jurisdiction.

    IT IS SO ORDERED.